NO. 29918

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ROBERT M. OYADOMARI, JR.,
Petitioner/Petitioner-Appellant

vs.

ADMINISTRATIVE DIRECTOR OF THE COURTS,
STATE OF HAWAI'I,
Respondent/Respondent-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 1DAA-09-0005)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on September 23, 2010 by Petitioner/Petitioner-Appellant Robert M. Oyadomari, Jr. is hereby rejected.

DATED: Honolulu, Hawai'i, October 26, 2010.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Kenneth J. Shimozono, on the
application for petitioner/
petitioner-appellant.

Mark J. Bennett, Attorney General;
Girard D. Lau, Deputy Attorney
General, State of Hawai'i, on
the opposition for respondent-appellee.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Ahn assigned due to a vacancy.